```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 08642
NANA YAA YIADOM
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-1401


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 07/19/06 and confirmed on 10/03/06.

    2.   The case was dismissed after confirmation, 06/06/2008.

    3.   The Debtor paid a total of $    3464.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DRIVE FINANCIAL SERVICES | SECURED VEHIC | 8308.00 | 1174.57 | 1807.89 |
| ROUNDUP FUNDING LLC | UNSECURED | 1580.38 | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 266.00 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 450.68 | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL PAYMENT DATA | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION CO OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| JOHN C DENT | REIMBURSEMENT | 344.50 | .00 | 344.50 |
| B LINE LLC | UNSECURED | 3089.78 | .00 | .00 |
| DRIVE FINANCIAL SERVICES | UNSECURED | 1005.78 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 501.77 | .00 | .00 |

```
          Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 8308.00 | 846.27 | 6392.62 | .00 | 15546.89 |
| PRINCIPAL PAID | 1807.89 | 344.50 | .00 | .00 | 2152.39 |
| INTEREST PAID | 1174.57 | .00 | .00 | .00 | 1174.57 |
| TOTAL PAID | 2982.46 | 344.50 | .00 | .00 | 3326.96 |

```
The Debtor's attorney, JOHN C DENT                 , was allowed $   3000.00
and was paid $       .00 .

The Trustee received $    137.04 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 09/09/08                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE